UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAVON JONES, No. 10118-510,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN THOMAS LILLARD,<br><br>    Respondent. | Case No. 25-cv-996-JPG |

### JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Javon Jones's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed.

**DATED: July 15, 2025**               MONICA A. STUMP, Clerk of Court

                                       s/Tina Gray, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**